IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00287-WYD-01

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  JEREMY WILLIAM PAGE,

     Defendant.

---

## PRELIMINARY ORDER OF FORFEITURE

---

THIS MATTER comes before the Court on the United States' Motion for

Preliminary Order of Forfeiture.  The Court having read said Motion and being fully

advised in the premises finds:

The United States and Defendant Jeremy William Page entered into a Plea

Agreement and Statement of Facts Relevant to Sentencing which provides a factual

basis and cause to issue a forfeiture order under 21 U.S.C. §853;

THAT prior to the disposition of forfeited property, the United States Marshals

Service, or its designated agent, is required to seize the forfeited property and provide

notice to any third parties in accordance with Fed.R.Crim.P. 32.2(b)(3);

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT defendant Jeremy William Page's interest in the following property is

forfeited to the United States in accordance with 21 U.S.C. §853, and Fed.R.Crim.P.

32.2:

       a.  $6,400.00 in United States Currency.

THAT the United States Marshals Service, or its designated agent, is directed to seize the property subject to forfeiture and further to make your return as provided by law;

THAT the United States Marshall Service, or its designated agent, shall publish notice of this Preliminary Order of Forfeiture and its intent to dispose of the subject property and to make its return to this Court that such action has been completed;

THAT pursuant to Fed.R.Crim.P. 32.2(b)(3), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment;

THAT if no third party files a timely petition, a Final Order of Forfeiture shall enter, and the United States shall have clear title to the property and may dispose of it in accordance with law.

SO ORDERED this <u>16th</u> day of January, 2008.

BY THE COURT:


s/ Wiley Y. Daniel
WILEY Y. DANIEL,
UNITED STATES DISTRICT JUDGE